704

**90-1803.** State, ex rel. Haney, v. Indus. Comm. *Franklin County,* No. 89AP-1247. Cause dismissed, on application to dismiss of the Industrial Commission, effective April 4, 1991.

**90-2200.** Gibbs v. Walsh. *Lake County,* No. 13-106. Cause dismissed, on appellant's application to dismiss, effective April 4, 1991.

**90-2280.** State, ex rel. Williams, v. Indus. Comm. *Franklin County,* No. 89AP-1305. Cause dismissed, on application to dismiss of the Industrial Commission, effective April 4, 1991.

**90-2443.** State, ex rel. Meredeth, v. Indus. Comm. *Franklin County,* No. 89AP-1343. Cause dismissed, on application to dismiss of the Industrial Commission, effective April 4, 1991.

**90-2451.** Perry v. Hilliard Police Dept. *Franklin County,* No. 90AP-422. Cause dismissed, on joint application to dismiss, effective April 4, 1991.

**91-220.** State, ex rel. Kutschbach, v. Buckeye Appliances. *Franklin County,* No. 90AP-421. Cause dismissed, on joint application to dismiss, effective April 4, 1991.

**91-309.** Hamer v. Tracy. Board of Tax Appeals, No. 89-F-1178. This cause, here on appeal from the Board of Tax Appeals, was considered in the manner prescribed by law. Upon consideration of appellant's application to dismiss, IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective April 4, 1991.